Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re: Hang Nguyen

Case No.: 15-10477-ABA

Judge: Altenburg

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original          ☒ Modified/Notice Required          ☒ Discharge Sought

☐ Motions Included  ☐ Modified/No Notice Required        ☐ No Discharge Sought

Date: 05/19/2017

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice.  **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|
| a. The debtor shall pay $ 794.00 per month to the Chapter 13 Trustee, starting on 06/01/2017 for approximately 9 months.<br><br>b. The debtor shall make plan payments to the Trustee from the following sources:<br><br>☒ Future earnings<br><br>☐ Other sources of funding (describe source, amount and date when funds are available): |

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Brad J. Spiller, Esquire | Attorney's fees | $3,205.00 |
| Brad J. Spiller, Esquire | Supplemental Attorney's fees | $400.00 |
| Green Tree Servicing | Administrative Fees | $531.00 |

### Part 4: Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Green Tree Serv | 300 Linden Ave | $9,662.89 | | $9,662.89 | $100.00 |
| Santander Consumer | 2006 Lexus LX | $10.00 | | $10.00 | |
| Wells Fargo Bank | 2008 Mercedes 350 | $327.95 | | $327.95 | |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

3

    **d. Secured Claims Unaffected by the Plan**      Green Tree Servicing LLC

The following secured claims are unaffected by the Plan:

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:  Unsecured Claims

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than _____100_____ percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:  Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

**Part 7:    Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    **a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    **b.  Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

    **c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

### Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Brad J. Spiller, Esquire
3) Secured
4) Unsecured

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:  Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| There are additional fees to be added to the plan. | Arrears for the mortgage company as well as creditor attorneys fees are being added to the plan. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:** **Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 05/19/2017                         /s/ Brad J. Spiller
                                         Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 05/19/2017                         /s/ Hang Nguyen
                                         Debtor

Date: _____                     _____
                                         Joint Debtor

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                      Case No. 15-10477-ABA
Hang Nguyen                                                 Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-1      User: admin               Page 1 of 2              Date Rcvd: May 19, 2017
                          Form ID: pdf901           Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db             Hang Nguyen,    300 Linden Ave,    Oaklyn, NJ 08107-2133
aty           +McCabe Weisberg & Conway, PC,    216 Haddon Avenue,   Suite 303,   Westmont, NJ 08108-2811
515471498      Apex Asset Management, LLC,    PO Box 5407,   Lancaster, PA 17606-5407
515268793      Bac Home Loans Servici,    450 American St,   Simi Valley, CA 93065-6285
516440417    #+Bank of America N.A.,    PO Box 26012,   Greensboro NC 27420-6012
515268795      McCabe, Weisberg & Conway, PC,    216 Haddon Ave Ste 303,   Haddon Township, NJ 08108-2811
515268796     +Santander,   Po Box 961245,    Fort Worth, TX 76161-0244
515283828     +Santander Consumer,   PO Box 961245,    Fort Worth TX 76161-0244
515282855      Santander Consumer USA,    P. O. Box 560284,   Dallas, TX 75356-0284
515327890      Wells Fargo Bank, N.A.,    P.O. Box 19657,   Irvine, CA 92623-9657
515268797     +Wfds/wds,   Po Box 3569,    Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 19 2017 22:15:12     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2017 22:15:11     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515940004     +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 19 2017 22:06:37
               Capital One Auto Finance,    c/o Ascension Capital Group,   P.O. Box 201347,
               Arlington, TX 76006-1347
515330769      E-mail/Text: bankruptcy.bnc@ditech.com May 19 2017 22:15:06     Green Tree Servicing LLC,
               PO BOX 6154,   Rapid City, SD 57709-6154
515268794      E-mail/PDF: gecsedi@recoverycorp.com May 19 2017 22:06:18     Green Tree Servicing,
               332 Minnesota St Ste E610,    Saint Paul, MN 55101-1311
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*          ++++GREEN TREE SERVICING,    332 MINNESOTA ST STE E610,   SAINT PAUL MN 55101-1311
                (address filed with court:   Green Tree Servicing,    332 Minnesota Street,   Suite 610,
                St. Paul, MN 55109)
                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor   Ditech Financial LLC, FKA Green Tree Servicing LLC
               NJECFMAIL@mwc-law.com
              Brad J. Spiller    on behalf of Debtor Hang Nguyen bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Celine P. Derkrikorian    on behalf of Creditor   Ditech Financial LLC, f/k/a Green Tree Servicing,
               LLC njecfmail@mwc-law.com
              Celine P. Derkrikorian    on behalf of Creditor   Ditech Financial LLC njecfmail@mwc-law.com
              Celine P. Derkrikorian    on behalf of Creditor   Green Tree Servicing, LLC njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
```

```
District/off: 0312-1           User: admin                Page 2 of 2                  Date Rcvd: May 19, 2017
                               Form ID: pdf901            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

                                                                                                   TOTAL: 9