Form: ICB-19001-01 rev. 01

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in compliance with D.N.J. LBR 9004-2(c) Isabel C. Balboa Chapter 13 Standing Trustee Cherry Tree Corporate Center Chapter 13 Standing Trustee Cherry Tree Corporate Center 535 Route 38, Suite 580 Cherry Hill, NJ  08002-2977 | Order Filed on June 28, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: <br><br>    Hang Nguyen <br><br><br><br>                                              Debtor(s) | Case No.: 15-10477 (ABA) <br><br>Hearing Date: 06/28/2017 <br><br>Judge:         Andrew B. Altenburg, Jr. |

# ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: June 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Hang Nguyen
Case No.: 15-10477 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 05/19/2017, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of $794.00 **for a period of 9 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $11,434.00 paid to date.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

Page 3 of 3
Debtor: Hang Nguyen
Case No.: 15-10477 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

**ORDERED** as follows:

total plan length of 37 months.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-10477-ABA
Hang Nguyen                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jun 29, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
db             Hang Nguyen,    300 Linden Ave,    Oaklyn, NJ   08107-2133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
      Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC, FKA Green Tree Servicing LLC
       NJECFMAIL@mwc-law.com
      Brad J. Spiller    on behalf of Debtor Hang  Nguyen bankruptcy@brennerlawoffice.com,
       aarcher@brennerlawoffice.com
      Celine P. Derkrikorian    on behalf of Creditor    Ditech Financial LLC, f/k/a Green Tree Servicing,
       LLC njecfmail@mwc-law.com
      Celine P. Derkrikorian    on behalf of Creditor    Ditech Financial LLC njecfmail@mwc-law.com
      Celine P. Derkrikorian    on behalf of Creditor    Green Tree Servicing, LLC njecfmail@mwc-law.com
      Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
                                                                                                                                                                                       TOTAL: 9