# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 15−10477−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hang Nguyen
   300 Linden Ave
   Oaklyn, NJ 08107−2133

Social Security No.:
   xxx−xx−8763

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 28, 2017.

On 9/22/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                October 25, 2017
Time:                 10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 22, 2017
JAN: lgr

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-10477-ABA
Hang Nguyen                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Sep 22, 2017
               Form ID: 185    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2017.
```
db              Hang Nguyen,    300 Linden Ave,    Oaklyn, NJ  08107-2133
aty            +McCabe Weisberg & Conway, PC,    216 Haddon Avenue,    Suite 303,    Westmont, NJ 08108-2811
cr              Bank of America,    PO BOX 15312,    Wilmington, DE  19850-5312
515471498       Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA  17606-5407
515268793       Bac Home Loans Servici,    450 American St,    Simi Valley, CA  93065-6285
516440417       Bank of America N.A.,    PO Box 15312,    Wilmington, DE  19850-5312
515268795       McCabe, Weisberg & Conway, PC,    216 Haddon Ave Ste 303,    Haddon Township, NJ  08108-2811
515268796      +Santander,    Po Box 961245,    Fort Worth, TX 76161-0244
515283828      +Santander Consumer,    PO Box 961245,    Fort Worth TX 76161-0244
515282855       Santander Consumer USA,    P. O. Box 560284,    Dallas, TX 75356-0284
515327890       Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
515268797      +Wfds/wds,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 22 2017 22:40:52      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 22 2017 22:40:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515940004      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 22 2017 22:43:31
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
516867971       E-mail/Text: bankruptcy.bnc@ditech.com Sep 22 2017 22:40:30
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
515330769       E-mail/Text: bankruptcy.bnc@ditech.com Sep 22 2017 22:40:30      Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154
515268794       E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2017 22:43:33      Green Tree Servicing,
                 332 Minnesota St Ste E610,    Saint Paul, MN  55101-1311
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*          ++++GREEN TREE SERVICING,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                 (address filed with court: Green Tree Servicing,     332 Minnesota Street,    Suite 610,
                 St. Paul, MN  55109)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2017 at the address(es) listed below:
```
              Alexandra T. Garcia    on behalf of Creditor   Ditech Financial LLC, FKA Green Tree Servicing LLC
               NJECFMAIL@mwc-law.com
              Brad J. Spiller    on behalf of Debtor Hang  Nguyen bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Celine P. Derkrikorian    on behalf of Creditor   Ditech Financial LLC, f/k/a Green Tree Servicing,
               LLC njecfmail@mwc-law.com
              Celine P. Derkrikorian    on behalf of Creditor   Ditech Financial LLC njecfmail@mwc-law.com
              Celine P. Derkrikorian    on behalf of Creditor   Green Tree Servicing, LLC njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
```

```
District/off: 0312-1          User: admin                 Page 2 of 2               Date Rcvd: Sep 22, 2017
                              Form ID: 185                Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
                                                                                                      TOTAL: 9

Case 15-10477-ABA    Doc 87    Filed 09/24/17    Entered 09/25/17 00:39:01    Desc Imaged
Certificate of Notice    Page 3 of 3