# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: Hang Nguyen | Case No.: 15-10477 |
| | Hearing Date: 11/17/2017 |
| | Chapter: 13 |
| | Judge: ABA |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable **Andrew B. Altenburg, Jr**, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee's Certification of Non-Payment

**Location of Hearing:** Courtroom No. 4B
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:** November 17, 2017 @ 9:00AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: 9/22/2017

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 9/22/, 20 17 this notice was served on the following:

Debtor, Counsel for Debtor, and Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Hang Nguyen  
    Debtor

Case No. 15-10477-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 22, 2017  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2017.  
db         Hang Nguyen,   300 Linden Ave,   Oaklyn, NJ  08107-2133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2017 at the address(es) listed below:

        Alexandra T. Garcia   on behalf of Creditor   Ditech Financial LLC, FKA Green Tree Servicing LLC NJECFMAIL@mwc-law.com  
        Brad J. Spiller   on behalf of Debtor Hang Nguyen bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com  
        Celine P. Derkrikorian   on behalf of Creditor   Ditech Financial LLC, f/k/a Green Tree Servicing, LLC njecfmail@mwc-law.com  
        Celine P. Derkrikorian   on behalf of Creditor   Ditech Financial LLC njecfmail@mwc-law.com  
        Celine P. Derkrikorian   on behalf of Creditor   Green Tree Servicing, LLC njecfmail@mwc-law.com  
        Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Donna L. Wenzel   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
                                                                                                                                                                              TOTAL: 9