| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No: |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Ditech Financial LLC | Chapter: 13<br>Judge: Andrew B. Altenburg Jr. |

**Order Filed on February 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:
Hang Nguyen

                        Debtor

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 9, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Ditech Financial LLC, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot 26, Block 26,    300 Linden Avenue, The Borough of Woodlynne, NJ 08107**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Hang Nguyen  
    Debtor

Case No. 15-10477-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 09, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2018.  
db        Hang Nguyen,    300 Linden Ave,    Oaklyn, NJ   08107-2133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2018 at the address(es) listed below:

       Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC, FKA Green Tree Servicing LLC NJECFMAIL@mwc-law.com  
       Andrew Thomas Archer    on behalf of Debtor Hang   Nguyen aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
       Brad J. Spiller    on behalf of Debtor Hang   Nguyen bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com  
       Celine P. Derkrikorian    on behalf of Creditor    Ditech Financial LLC, f/k/a Green Tree Servicing, LLC njecfmail@mwc-law.com  
       Celine P. Derkrikorian    on behalf of Creditor    Ditech Financial LLC njecfmail@mwc-law.com  
       Celine P. Derkrikorian    on behalf of Creditor    Green Tree Servicing, LLC njecfmail@mwc-law.com  
       Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

                                                                                                                              TOTAL: 10