Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−10477−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hang Nguyen
   300 Linden Ave
   Oaklyn, NJ 08107−2133

Social Security No.:
   xxx−xx−8763

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/23/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 23, 2018
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-10477-ABA
Hang Nguyen                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Feb 23, 2018
                               Form ID: 148             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
db             Hang Nguyen,   300 Linden Ave,   Oaklyn, NJ 08107-2133
aty           +McCabe Weisberg & Conway, PC,   216 Haddon Avenue,   Suite 303,   Westmont, NJ 08108-2811
cr             Bank of America,   PO BOX 15312,   Wilmington, DE 19850-5312
515471498      Apex Asset Management, LLC,   PO Box 5407,   Lancaster, PA 17606-5407
516440417      Bank of America N.A.,   PO Box 15312,   Wilmington, DE 19850-5312
515268795      McCabe, Weisberg & Conway, PC,   216 Haddon Ave Ste 303,   Haddon Township, NJ 08108-2811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2018 22:39:06     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2018 22:39:06     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515268793      EDI: BANKAMER.COM Feb 23 2018 22:38:00      Bac Home Loans Servici,   450 American St,
                Simi Valley, CA 93065-6285
515940004     +EDI: AISACG.COM Feb 23 2018 22:38:00      Capital One Auto Finance,
                c/o Ascension Capital Group,   P.O. Box 201347,   Arlington, TX 76006-1347
516867971      E-mail/Text: bankruptcy.bnc@ditech.com Feb 23 2018 22:39:04
                Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
515330769      E-mail/Text: bankruptcy.bnc@ditech.com Feb 23 2018 22:39:04     Green Tree Servicing LLC,
                PO BOX 6154,   Rapid City, SD 57709-6154
515268794      EDI: RMSC.COM Feb 23 2018 22:38:00      Green Tree Servicing,   332 Minnesota St Ste E610,
                Saint Paul, MN 55101-1311
515268796     +EDI: DRIV.COM Feb 23 2018 22:38:00      Santander,   Po Box 961245,   Fort Worth, TX 76161-0244
515283828     +EDI: DRIV.COM Feb 23 2018 22:38:00      Santander Consumer,   PO Box 961245,
                Fort Worth TX 76161-0244
515282855      EDI: DRIV.COM Feb 23 2018 22:38:00      Santander Consumer USA,   P. O. Box 560284,
                Dallas, TX 75356-0284
515327890      EDI: WFFC.COM Feb 23 2018 22:38:00      Wells Fargo Bank, N.A.,   P.O. Box 19657,
                Irvine, CA 92623-9657
515268797     +EDI: WFFC.COM Feb 23 2018 22:38:00      Wfds/wds,   Po Box 3569,
                Rancho Cucamonga, CA 91729-3569
                                                                                             TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*          ++++GREEN TREE SERVICING,   332 MINNESOTA ST STE E610,   SAINT PAUL MN 55101-1311
                (address filed with court: Green Tree Servicing,   332 Minnesota Street,   Suite 610,
                St. Paul, MN 55109)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC, FKA Green Tree Servicing LLC
                NJECFMAIL@mwc-law.com
              Andrew Thomas Archer    on behalf of Debtor Hang  Nguyen aarcher@brennerlawoffice.com,
                bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Debtor Hang  Nguyen bankruptcy@brennerlawoffice.com,
                aarcher@brennerlawoffice.com

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Feb 23, 2018
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Celine P. Derkrikorian   on behalf of Creditor   Ditech Financial LLC, f/k/a Green Tree Servicing, LLC njecfmail@mwc-law.com
          Celine P. Derkrikorian   on behalf of Creditor   Ditech Financial LLC njecfmail@mwc-law.com
          Celine P. Derkrikorian   on behalf of Creditor   Green Tree Servicing, LLC njecfmail@mwc-law.com
          Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Donna L. Wenzel   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

                                                                                                                  TOTAL: 10