UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ 08107
(856) 963-5000
005272008
Attorney for Debtor(s)

Order Filed on April 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Hang Nguyen,

Debtor

| | |
|---|---|
| Case Number: | 15-10477 |
| Hearing Date: | April 10, 2018 |
| Judge: | ABA |
| Chapter: | 13 |

Recommended Local Form:    ☒    Followed    ☐    Modified

### ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 10, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by _____the debtor_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new.7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 15-10477-ABA
Hang Nguyen                                                                                      Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Apr 10, 2018
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
db              Hang Nguyen,    300 Linden Ave,    Oaklyn, NJ  08107-2133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC, FKA Green Tree Servicing LLC
           NJECFMAIL@mwc-law.com
          Andrew Thomas Archer    on behalf of Debtor Hang  Nguyen aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Brad J. Spiller    on behalf of Debtor Hang  Nguyen bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Celine P. Derkrikorian    on behalf of Creditor    Ditech Financial LLC, f/k/a Green Tree Servicing,
           LLC njecfmail@mwc-law.com
          Celine P. Derkrikorian    on behalf of Creditor    Ditech Financial LLC njecfmail@mwc-law.com
          Celine P. Derkrikorian    on behalf of Creditor    Green Tree Servicing, LLC njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
                                                                                    TOTAL: 10