# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

| | |
|---|---|
| *Jane L. McDonald, Counsel* | *Kelleen E. Stanley\** |
| *Raymond H. Shockley, Jr. Staff Attorney* | *Jennie P. Archer\** |
| *Jennifer R. Gorchow, Staff Attorney* | *Jenai M. Cerquoni\** |

*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

May 15, 2018

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy
           Debtor(s) Name:    Hang Nguyen
           Case No:    15-10477   ABA
           Hearing Date:    N/A

Dear Judge Altenburg:

      Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on May 9, 2018.

      The Trustee wishes to correct Mr. Archer's Certification in Support of his supplemental fee. Mr. Archer's Certification states that he has applied for $7,127.00 in this case and has been paid $6,482.52. However, Brenner, Spiller & Archer, LLP has applied for fees totaling $7,163.25, and the Trustee has disbursed $6,228.77: $$3,246.25 (pursuant to the September 30, 2016 confirmation Order); $1,827.00 (pursuant to Order dated January 14, 2016); $400.00 (pursuant to the Order dated November 29, 2016); $400.00 (pursuant to the Order dated May 9, 2017); and $355.52 of $1,000.00 (pursuant to the Order dated December 5, 2017). These sums are in addition to the $290.00 retainer reported in the Attorney Disclosure Statement.

      In addition, the proposed form of Order filed with the motion/application, fails to indicate the correct monthly Trustee payment going forward. The proposed form of Order also fails to indicate the correct amount of months remaining in the plan. Therefore, the Trustee respectfully requests that the proposed order be amended to reflect new payments of $562.00 per month for five (5) months.

      As always, the Court is welcome to contact the Trustee with any questions.

      Respectfully submitted,

      *OFFICE OF THE CHAPTER 13*
      *STANDING TRUSTEE*

      */s/ Isabel C. Balboa*

      **ISABEL C. BALBOA**
      Chapter 13 Standing Trustee

ICB:lka

c:    Andrew T. Archer, Esquire   (Debtor(s)' Counsel)   (via Electronic Case Filing / ECF)
      Hang Nguyen   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

P.O. Box 1978
Memphis, TN 38101-1978